IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JESSIE RAY FREEMAN**                                                                           **PLAINTIFF**
**#12917**

**V.**                          **Case No. 3:20-cv-00218-LPR**

**DOE**                                                                         **DEFENDANT**

## ORDER

On July 28, 2020, Jessie Ray Freeman ("Plaintiff"), a prisoner in the Greene County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). On July 29, 2020, the Court entered an Order in which it directed Plaintiff to either pay the $400 filing fee or file an application to proceed *in forma pauperis*. (Doc. 2). The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed. (*Id.*). Plaintiff has not complied with or otherwise responded to the July 29, 2020 Order.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 5th day of October 2020.

                                                       */s/ Lee P. Rudofsky*
                                                       LEE P. RUDOFSKY
                                                       UNITED STATES DISTRICT JUDGE