# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JESSIE RAY FREEMAN**  **PLAINTIFF**
**#12917**

**V.**                    **Case No. 3:20-cv-00218-LPR**

**DOE**                   **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order that was entered on October 5, 2020, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 5th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE